17-0875-0808, City of Chicago, and Aaron Keene Good morning, my name is Ellen McLaughlin, and I'm representing the City of Chicago and Aaron Keene McLaughlin Counsel Good morning, my name is Stanley Kaminsky, and I'm representing the Plaintiffs Appellees Alright, Mr. Kaminsky Alright, each of you will have approximately 20 minutes to present oral argument in this case and Mr. Brostrom, you may save out some time for rebuttal Thank you Alright, please be seated May I please the court? The Circuit Court's judgment should be reversed, because the Illinois Municipal Code, Section 618, does not preempt the City's home rule authority to tax non-cigarette tobacco products As you know, in 2016, the City passed an ordinance which imposes a flat tax on non-cigarette tobacco products sold and used in the City We call that the Other Tobacco Products, or OTP, tax What was the reason that for 23 years they haven't in any way attempted to tax these other tobacco products? And suddenly in 2016... And in that 23 years, there were attempts to amend the statute I'll take that as two questions First of all, why the wait until 2016 to pass this tax? And then second, why the attempt to clarify? Wasn't it because they suddenly, vaping and all those other distribution types of tobacco changed? So now all of a sudden there was a big market that didn't exist in 1993 Isn't that why it suddenly changed? To address both of your questions, there's really two reasons why in 2016 it becomes important for the City to pass this ordinance First of all, as you've noted, the market for tobacco products changed dramatically Certainly from 1993, when other tobacco products were first coming on the radar in the state And 2016, when we passed this tax As you have probably gleaned from our briefs, the market 30 years ago was dominated by cigarettes I'm sorry, what was that? It was dominated by cigarettes, the tobacco market Over time, as you've noted, there's a shift in the market to these other tobacco products For example, small cigars And in part that's because of taxes on cigarettes So relatively it becomes cheaper to purchase these other kinds of tobacco products So we see a significant change in the market moving toward these other tobacco products So why didn't the City tax cigars and pipe smoking products or any of that? Wouldn't they fit into that second category? They certainly do So I know there's more of a market now, but there's been a market for things other than cigarettes Like chewing tobacco, all those things Those were never taxed during this whole 23 year period, were they? You're correct, they were not taxed And the health effects for the actual, I don't know what the word is Those are just as bad You're absolutely right, they're just as bad And there has been growing awareness in recent years As I'm sure you've read in the news all the time now That these tobacco products do have the serious health consequences of cigarettes do in many cases But that is something that, and I think as we look back over time There has been a growing awareness of those public health risks And so it was in the last 10 years, especially the last 5 years That the administration becomes increasingly concerned about the need to create disincentives For the use of these other tobacco products That's something that perhaps in 1993 there wasn't a political appetite to do But certainly by 2016, the public acknowledges that this is an important area For municipalities to regulate in, and the city has attempted to do so But the problem is that it's a large revenue source As vaping or whatever carrier method that they're using increases They're kind of losing out on a big revenue source, aren't they not? What do you think is the true motivation behind the city? As I think I've noted, there are two motivations One is that certainly the market has changed As you've noted, these are becoming an increasingly important part of the market As they become an increasingly important part of the market They also are a more important public health concern Because more people are using them, especially young people Did you suggest though that the attempts by the city over the last 23 years In terms of changing or amending legislation You weren't really trying to amend it You were simply trying to have a clarification Yes, that was your second question Which I don't think I've had a chance to address yet Yes, the city wanted to clarify that we had the Home Rule Tax Authority to pass an OTP tax And I think if you look at the situation right now It's clear why we wanted to clarify it Because we passed this tax in 2016 Here we are in 2018 and we have not been able to implement that tax Because it's been held up by litigation Can we go to the statute for a moment? Are you arguing the plain language of the statute Or are you saying that it's ambiguous? And if it is ambiguous, how is it ambiguous? Yes, I'd like to walk you through that if I could I think that starting with the plain language of the statute is a good place to start So we begin with that language But first I'd note what this statute is I think a little bit of background is helpful The city has a Home Rule Tax Authority Let me just answer my question Absolutely I've read the statutes, I'm familiar with them But I just want to get your view in terms of whether or not you're arguing the plain language Or if you're saying that the statute is ambiguous And if it is ambiguous, how is it ambiguous? Okay First, plain language The plain language supports the city's position That the General Assembly did not specifically limit its Home Rule authority to pass an OTP tax Second, to the extent that this ordinance is susceptible to an alternative reading And if this court does think there's ambiguity there Then we would turn, first of all, to the legislative history dating back to 1993 Which further supports the city's position Because the General Assembly intended to exempt certain Home Rule units That were already taxing in this track or category While preventing other Home Rule units from imposing taxes in that category And finally, to the extent there's ambiguity Our final point would be that this court should begin with the principle of the Home Rule doctrine And therefore, when there's ambiguity That indicates that the General Assembly did not clearly and specifically  Well, by placing that deadline date, didn't the legislature basically say Okay, you can tax, we're not saying you can't tax But you have to do it by a certain type, period No, and I disagree I think what the General Assembly, and this is something that The argument is, I'm just pointing this out Isn't that a limitation? Isn't the deadline date a limitation on this ability to tax? It's a limitation on the ability of other Home Rule units to tax It's not a limitation on the ability of Home Rule units Of which there were four already in the category It's not a limitation on those Home Rule units to tax And we see that in the various statements of the legislatures at the time So, for example, when we go back to these 1993 debates Which we've set out in our briefing We repeatedly see references to For example, here we have Representative Dunn Saying this amendment exempts the city of Chicago And three other communities which have a tax on the books And then there's debate about whether it's fair To allow those Home Rule units to continue imposing taxes While all other Home Rule units that didn't get a tax on the books Before 1993 are preempted from imposing a tax on the tobacco category So the intent from this is not to limit new taxes By the Home Rule units already in the category It's to prevent other entities from entering into that taxation category So as long as they were already taxing any tobacco product They can continue to tax any tobacco product There's no time limitation on it That is where we see both the plain language and the legislative history support And in fact, if you go back to those legislative debates A lot of these non-City of Chicago, non-Rose Mellon Cook representatives Who didn't have a tax on the books yet thought that was very unfair Because the City of Chicago and these other entities were going to get to keep taxing And in fact, they say in the debates They can impose as many taxes as they want And we're preempted from even doing anything at all in this category But if we're looking at the plain language, why do we have to look at the legislative debate? You don't, you don't I think that's your point Is there ambiguity? Where do we turn when there's ambiguity? Of course we turn to then the legislative history And similarly to the Home Rule doctrine Which is really sort of a guiding principle Because if you don't find something clear and specific in the plain language Then it's Home Rule principles that require the court to preserve the City's Home Rule ability to tax The legislature here initially granted the City the ability to tax cigarettes Or other tobacco products How is it worded again? Cigarettes or other tobacco products So the City is allowed to tax either one of those Or both Or both, yes That's for plain language Then we have this exception What would you call it? It is an exception to So let me back up because it is a complicated statute 682 So I think it's probably helpful to talk about what it does And to kind of start back with the starting principles of the Constitution That Home Rule units have the constitutional authority to tax tangible personal property So we know that that's their background They have this authority And then we have Section 6A of the Municipal Code And at that time the General Assembly decides to preempt a number of categories of taxes Including sales taxes on tangible personal property And when it's doing that preemption it exempts certain categories In which that existing Home Rule authority is maintained And there are seven of those categories And what is that one is? Cigarettes for And one of those is cigarettes or other tobacco products  A general category of tax Just as when the General Assembly refers to hotel or motel or a more similar facility That's done a category of tax in which Home Rule authority is preserved Fugitive alcoholic beverages Again, they actually use that word term several times in this statute And so that actually supports a reading that these are broad categories And so what the General Assembly is doing here is saying Okay, you can impose a tax on cigarettes or other tobacco products And here it's one, you can do one, you can do the other, you can do both There's not a, it's not like they're saying It's not an either or It's an inclusive reading of or So then, I think then your question would be Well, what about this other language that follows? You're going to have to get the same interpretation for both You're going to have to have the same interpretation for both That's true And so therefore when we go on to the notation That since one is either or or both That the exception is that if you did either one of those If you taxed either one, you can keep taxing But if you didn't tax either one, then you're out of the box  And I think what this, we can think of this as saying Okay, here's the kind of tax in which home authority is preserved So if you have that kind of tax Before July 1st, 1993, you can have that kind of tax in the future But if you didn't have that kind of tax You may not impose that kind of tax in the future And the city But what about their argument that such has a meaning Since there wasn't that kind of tax prior to the state I looked up the definition of the word such And it means kind of And so that's what I'm actually using It's kind of tax There's nothing in this language that indicates that such Is specifically referring to either the one or the other Singular or different types of taxes So the better thing would be That this is a broad category of taxes They're related, they're different You've got to put a difference and figure out But they're related in a category And the General Assembly thought they should be treated as a kind of tax And then when you see the language such as tax That refers back to that category That same category of taxes And I wanted to ask you a question And it's sort of a hypothetical And I'll ask the other side as well What if the legislature had said Any tobacco products Let's say they didn't do it with cigarettes or other tobacco products But just said You know, that there's the power to tax any cigarette products Or tobacco Any tobacco products, I'm sorry Tobacco products They didn't do the separate thing with cigarettes Or other tobacco products In my hypothesis What impact does that have, if anything? If the legislature had chosen to use language such as what I just said That the rule of municipalities have the power to tax Any tobacco products But if you didn't do that Before 1993, you can't do it now Sorry, it could have been written that way If it were written that way Then you would definitely hold the date, perhaps, right? We would, but the meaning would be the same as it is now All right And they didn't write it that way They didn't write it that way But they also didn't write it the way that Plaintiff is trying to What are they trying to say that was written? They are trying to rewrite the statute They are trying to do that You tell me how you're saying it So what Plaintiff is saying The language would have been And of course the General Assembly could have written it this way A home-run municipality that does not impose tax based on cigarettes before 1993 May not impose such a tax after that date And a home-run municipality that does not impose tax based on other tobacco products prior to 1993 May not impose such a tax after that date They could have They could have created two categories of tax But they created one category of tax But aren't they also saying that with the phrase such a tax That actually what the legislature intended was two separate taxes One for cigarettes and then one separate tax for other tobacco products That's what Plaintiff is saying But that's not what the General Assembly was saying And where can we find that, your interpretation? Either in the statute or some case law We can find it simply in terms of common sense Meaning of the statute, the city's position But we can also find it in the legislative history Because the legislative history is completely It's actually completely silent on other tobacco products by and large There is no reference in any of this legislative history to the idea That a municipality or entity that wasn't taxing other tobacco products Could not be able to do so in the future All they were talking about was cigarettes And the absence, that silence On what would have been an important preemption of Home Rule Tax Authority Means that the court should not find preemption Because that is well established Home Rule doctrine That when the General Assembly is silent on preemption Preemption does not occur But going back to Justice McBride's example about 5 years ago There were still other products that could have been taxed For example, cigarette paper could have been taxed Cigarette holders could have been taxed But that, according to the plaintiffs, was not done There was no taxes on those particular tobacco products So how are we supposed to draw now from what's currently in existence As a tobacco product that could be taxed? To the extent that you're saying, well, what should we make of And I'm not sure if this is the gist of the question, so forgive me To the extent that you're saying, what lesson should we draw from this Let me rephrase the question, if you don't mind So their argument is that the tobacco products That's referred to as tobacco products in the statute Were not previously taxed So how can we draw from that that that's what you're saying Is that the silence, we can draw from the silence As an interpretation of what the legislature actually meant And you can tax it anyway Right, I think that the principle that you applied When you're trying to figure out what that silence means I'm just going to get a quote I think it's a well-established principle But the Excel case that the plaintiffs rely on Actually has some really good language on that You like that one, huh? I like it at this point And I think if you want to talk about that case We can sit down and discuss it But it says, the legislature's silence on the power of homeroom units Is actually evidence of the homeroom unit's power Not the other way around, as plaintiffs argue So that, I think, is the key point here Neither end, we see, we see That that's ambiguity in this statute Of course, the city's position is that it's clear And that the common completing of the statute is a single category Once you get into that category, you get to stay in that category And if you don't, then you don't Is it your position, then, that the 1993 is like the door is shutting But then taxing the cigarettes puts a shoe in the door So you can go ahead and keep taxing other tobacco products Because you've got the shoe in the door The 1993 deadline doesn't apply Right, and I actually got upset Some of the legislators in 1993 in these debates And we had people complaining about Well gosh, just because the city of Chicago Here we have Representative Dunn So the city of Chicago program has to have a tax on the books So they can raise theirs as high as they want They can raise theirs as high as they want Doesn't say they can tax other products That's right, they're silent They were talking about the cigarettes They were, but they were silent on other tobacco products And here they say all the other homeroom communities are stuck But I think that goes to your point That this is a shoe in the door situation These particular entities had their foot in the door And so they got to continue taxing in the category What about the last antecedent rule? Well, I think as we explained in our prior brief That rule does not suggest a contrary meaning Such as it's referring to the collective grouping of Cigarettes or other tobacco products And then such a tax So let me back up Because I think this is something that was really confusing to explain Without actually looking at the language I think we even attempted to diagram it in our reply brief To try to make it clear But I'll do my best in just talking through it We have here the language ATAX Based on cigarettes or tobacco products So ATAX based on this grouping of products And then later, and then in the phrasing We have such ATAX So such ATAX referring back to the original ATAX Based on the category So I think the most natural interpretation of such ATAX Is ATAX on the category And actually, just this morning I'm thinking over this I was having my coffee And so an example came to mind So for example, let's say Starbucks has a special And they tell you If you buy a coffee or tea in the morning Then you're entitled to a free hot beverage in the afternoon They could phrase that as If you purchase a coffee or tea Then you're entitled to such a beverage in the afternoon For free I would fully expect If I buy my coffee in the morning I can have a tea in the afternoon Because the natural understanding of the grouping of products With that rule Is that it's an inclusive category That includes all items included in a single category But I think that Well, of course if you go back and forth on this plain language And you may find it not as clear First, I think the first point is If it had been written the way that plaintiffs would rewrite it Of course they'd be clear It's just not It's not the way they wrote it And in that situation First we can look at the legislative history And we can see very clearly that they're talking about Which homeowning units get their foot in the door Into this category And there's simply no discussion about That pertaining to just figure-outs Or just OTP taxes It's just in the category Let's just sum up here We're going to have time for rebuttal I do want to end on this note In this situation If you find that The general assembly did not speak clearly And specifically About its intent to preempt the city's existing Home rule authority to tax Tangible personal property right By the tobacco products The conclusion that's required then Is that home rule taxing authority Must be preserved Alright, we'll give you some time for rebuttal Mr. Kaminsky Thank you I'll let it please the court This case is A very fundamental issue The fundamental issue is statutory construction Does section 6A.2 Does it prohibit the city's Brand new tobacco products tax Now, if we look at 6A.2 Mr. Kaminsky Yes Taxing on cigarettes in the city of Chicago What is it per pack? I think it's around 20 cents I think the city taxes Like 20 cents per pack Really? I thought it was significantly more than that And all the vaping products And all the other tobacco products What's the tax on them? I don't think the city taxes Vaping products Significantly less Smoking tobacco Isn't there like $1.80 or something? The smoking tobacco Well, we have to add the county tax The city tax and the state tax I mean, for a pack in the city It's probably around Maybe about $6,000 $5,000, $6,000 tax If you add all of the Various taxes together So, it's your position I think it's 20 cents a cigarette I'm sorry, 20 cents Oh, a cigarette That's a person of different color Right Okay So, it's your position That the language Cigarettes or other products The other products Had to be taxed prior to 1993 Right? That's what the statute says Okay A lot of these vaping products Didn't exist in 1993 So, is it your position Or less to that? They should have created this thing That in any future Tobacco delivery product That hasn't been invented yet Also could be taxed Well, the term tobacco products Right? The state defined that term back in When it passed its own tax in 1993 And that term was used by the city So, we're not talking about Something unknown I mean, everyone knows What tobacco products are The state in 1993 decided They're going to pass a new tax The tobacco products tax It was passed in 1993 At the time, actually they debated They debated this preemption This prohibition on city tax The state was concerned in 1993 They were just increasing The cigarette tax dramatically They were putting in The tobacco products tax And they didn't want cities To start putting in new taxes To undercut state revenue They were afraid They already took a lot of heat From losing jobs They already took a lot of heat From imposing taxes So, they wanted to prohibit it Now, four cities came in And said, wait a minute We have cigarette taxes They didn't have tobacco taxes We have cigarette taxes Can you exempt us From our cigarette taxes? And there was a debate They debated, okay If we're cigarette taxes We're going to put in The special provision But we're not going to give it to you For tobacco products taxes Because no one had one So, you can't make an argument You can lose revenues If you didn't have one So, the state prohibited both This is really The state prohibited both What do you mean? Well, they prohibited both The passage of the cigarette tax Or the passage of a tobacco products tax After 1993 If you didn't have one prior to 1993 But they gave a broad power to tax To the home rule For cigarettes Wait Isn't the power that's listed The power to tax cigarettes Or other tobacco products? Correct Alright, then They took an exception And said, if you didn't have A tax for those things By 1993 You couldn't tax them Right Okay, so wasn't How are you How are you interpreting The power to tax Initially When it says The home rule municipality Can tax Cigarettes Or other tobacco products Correct How are you interpreting that? Julie The law says You can impose a tax On cigarettes And grammatically You can impose a tax On tobacco products Okay, I don't You can choose to impose a tax On one Or the other Or both You can pass two separate taxes Okay, I'm just asking you How are you interpreting The power to tax? Let's talk about The exception That if you didn't do it By 1993 You couldn't do it later Correct I'm asking you First of all Don't we want to interpret This category The same In the power to tax As we do In the power to Protect Correct Can we answer that yes though? The answer is yes Depending on the context Okay If you have a clause That says You can do A or B Or A or B And we have a clause That says However, if you didn't do A Or you didn't do B By a certain date Then you can't do it And so That's what we have here We have a clause That says Given broad power That you can impose Cigarettes And the city can choose City choice Only cigarettes Yes Alright Are you saying That we interpret it differently Because there's two different Provisions at play But let's take My hypothetical This one now Forget about the Preemption Or the exception Whatever you want to call it Right If this statute Simply said The home rule Municipality can tax Cigarettes Or other tobacco products Yes Would you agree That that's a broad power To tax Either one of those Or both Yes Alright But is your argument That since they came up With the exception That if you haven't done it By 1993 Or one of those Then you cannot do it For that one later Right Because Are you interpreting That Are you interpreting The language differently From the power to tax Versus the exception No I'm interpreting it  Of the sentence If you look At the first part Of the sentence It grants power You can choose To impose A tax On tobacco products You can choose Those tax On cigarettes Or you can choose To impose Both types of tax You can impose Both Alright Then it goes on And the legislature Then later Decided However Remember this is a limiting clause It's not a The second part Is limits And it says If you have not imposed A tax on cigarettes And if you have not Or if you have not imposed A tax on Tobacco products Prior to 1993 Did you just add Some language No I'm just using Grammar you utter Basic grammar Or is it Conjunction Oops Didn't you just add Some language No because Right You said if And then you said And if If I can Explain Okay go ahead Or is it conjunction I'm doing it Or combines Or refers to Two different alternatives You could Webster You could the Freebird case From the early Supreme Court That's all Explained When you have a Conjunction And you look For alternatives Under grammar Alright When you have a Sentence that precedes it You take that Sentence Because grammar Doesn't require you To repeat it And so you take that Sentence and put it In front of both It's like if I said John wants to Buy a dog Or a cat Under English That means John wants to Buy a dog Or John wants To buy a cat Because under Grammar you repeat That Alright Here we have A provision That states Specifically That a homeowner Discipline That does not impose The tax On the number of Units of cigarettes Or tobacco products Before July 1st 1993 Shall not impose Such a tax After that date The only way Grammatically correct To read that The only way Grammatically correct Is if you're saying That a homeowner Discipline Does not impose The tax On the number of Units of cigarettes Or a tax On the number of Units of tobacco products Before that date So let me tell you A way you can read it Excuse me But I So they're arguing About The or tobacco products Because they're already Imposing taxes On cigarettes Right Right So their argument Is that that piggybacks The or tobacco products Because they're already Having taxes On cigarettes So you're saying That doesn't It doesn't Work grammatically As logical Because If you're saying They're trying to figure Some type of generic Test On Cigarettes Or tobacco products There's no such Type of Don't we read The clauses together Aren't principles Of general statutory Construction That we We read Both of them Together We don't Isolate the second Provision We read The power to tax Which is To tax One The other Or both Is that how we Today You said that's what The first part means The power to tax But we are reading It together A second part Is then a limitation Clause And the limitation Clause says You say you have Chose We're giving you The option You can impose A tax on Cigarettes You can impose A tax on tobacco Products We can impose Two separate taxes They say however If you choose To impose A tax on cigarettes Then such a tax Is okay as long As it's done Before 1983 If you choose To impose A tax on tobacco Products And you impose It before 1983 That's okay But let me give you Well let me just Interrupt you for a second So how does that Correlate with your Argument on such a tax Because the city's Argument here Is that By saying such a tax They were referring To the units of cigarettes  Products When there was Such a tax Because there is No such thing As a tax On cigarettes For a tobacco product We read it off Together As such a tax It doesn't mean Saying it separately That there are Two separate taxes There is such a tax I'm just saying We go back to grammar In grammar We're talking about A tax on cigarettes Or a tax on tobacco Products When we apply Basic grammar And we use Such a tax It refers to A tax on cigarettes Or a tax on tobacco Products There is no such thing As a tax On cigarettes Or tobacco Products I've written taxes My whole life There is no such thing You don't write a tax On this or this There is either A tax on this Or a tax on this Or you can post Both taxes This was a Limitation clause It was passed For a reason This way Alright They didn't want A separate tobacco tax If you didn't Cast it beforehand They didn't want To cut into state revenues They didn't want To cut into state jobs The state could have written Just post A tax on cigarettes If you not post A tax on cigarettes Then you couldn't Put it on cigarettes And that would give The city exactly What they are saying If there is only Four municipalities That own cigarettes They could have said That to the legislature They could have said You can cast a tax On either or Cigarettes Or caffeine Tobacco They could have Cast a tax On either or About the language I talked about earlier For purposes of discussion If the language Said that The power To tax Is for any Tobacco products Yes What if They had used That language They could have said That the city Imposed a tax On any tobacco Products Prior to this Then they could have Imposed a tax On anything And you are saying The language is Completely different Than that They typically Well They used this Language precisely And I am sure Someone in the legislature Knew basic grammar And they knew how To put a sentence Structure together And they did it This way for a reason Let me give you A really simplified Layman effect This is like saying If John Buys a dog Or cat By Monday He can keep That animal And under English That means If John Buys a dog By Monday He can keep The dog It also means If John Buys a cat By Monday He can keep The cat It does not mean If John Buys a dog By Monday He can keep The cat I mean It doesn't It doesn't make Any sense To me If a city Imposed Cigarettes  The city Didn't impose Cigarettes And tobacco products They only imposed Cigarettes and cigarettes So they would still Be prohibited Every one of the City's arguments If you look at it Logically By basic grammar  What was The legislature Trying to say And understand That the legislature Could have written it The way the city wanted It means They would have One conclusion That the city Was wrong The city knew this They went to the legislature Twice in 2011 Tried to get The term Other Tobacco products If tobacco products Excluded That was the exclusion They went to the legislature For The legislature Said no They went to the City council They tried to get A resolution From the city council To say no Again The mayor I didn't think It was their past Myself But they Went to the city council And the political Committee Put this up Saying We want to Stress to the legislature We want To tax Tobacco products And that's Failed They went back To the general Assembly And said How about Putting in some Clarification wording That just says Now it's standing Without We can impose This tax To me That's not Clarification That's kind of A change in the law And that Failed So your Point In bringing This up In terms of The resistance Of making The changes Is what? Well the point Is not only Does it show The original Legislation  Knew exactly What it was Saying It showed That the subsequent Legislatures And the city Knew They didn't Have this Power Everyone Knew They didn't And so The interpretation The city tries To use here Doesn't stand Smell test Well if it is Ambiguous Then we can look To the legislative Debates And that You would argue Supports your position It does Because the legislative Debates Essentially They put in The term First of all They put in The term Old tobacco Products They made it Clear what They meant The debates Only talk about Two things One they talk about Loss of jobs To the tobacco Industry Which applies To any type of Tax They also talk about Grandfathering Cigarette taxes Every time they Look at the city And the other Fourth They say Well these guys Have cigarette taxes We want to make Sure they're not Going to lose Their cigarette Taxes Why weren't they Grandfathering In either or Because the city Didn't have Tobacco tax Most cities have Tobacco taxes When they Granted the power To tax Tax was permissible For cigarettes Or other tobacco Products So why weren't They grandfathering In the ability To continue Or to begin Taxing these Other tobacco Products Simple answer They wanted to Give them power To tax cigarettes They wanted to Give them power To tax tobacco Products Or they could Have taxed both I'm not And if you Choose wrongly If you choose Not to impose it On tobacco Products Then you choose To impose it And you're saying That we should Get that out Of the language That's what The language Says Okay I mean That should Be justified I mean I'm not Trying to break That language I mean I'm not Trying to make It out of words There's a Strong presumption In favor Of the constitutionality Of any statute Isn't there? There If any Statute Is correct But When you have A preemption When you have A clause That limits The power of Home rule And this does There's no dispute Section 6a Says this is a Limitation of Homeowner power All homeowner Powers are limited The only power The city has Is under this Statute And this statute You have to do a Construction of it To see how it applies Now we have a tax Statute That authorizes If limited Authority To impose A tax You strictly Construe that Against giving Power And we had A recent case A recent Rick Waters exchange Case with another Case which turned In the city Was in the city Vague or not And Justice Reyes held That the city Wasn't vague However he said However if it was Vague Since it was a Tax provision It was strictly Construed against The government Right? And there's a Taxpayer Now there's There's hundreds Of cases Out there They all say The same thing But look at the Provincial case Perfect case The city tried To impose Employee's Expense tax On insurance Companies Right? And the Insurance code Authorized certain Companies    Companies And the Taxes Were not Enough And we look At the Preemption Clause We look At the Clause Here And even Though it Was a little Ambiguous As the Court said It's clear In the context That you Were prohibited From doing This So we have To look At the Full understanding Of the context And Home Rule Becomes meaningless Once that Occurs And the U.S. Supreme Court Said that In the Provincial case And other Cases have Said that Since then So that's Really not An issue We don't Have to Look at Home Rule We don't Have to Look at The State And the Municipalities And the Counties We're always Looking for Different sources Of Robbery In 1993 When we Say tobacco Products Everybody Had a Certain idea Of what Those products Were And now Time has Passed Now there's The more Innovative Features In the City There's Tobacco Products So What you're Arguing Is that The Legislature Wanted To Forever Limit The City From Being Able To Tax Tobacco Products If Your Argument Is Can The Legislature Do This And The State Wanted To Prohibit This Because They Were Passing In A Text And So I'm Going To Finish This Issue The Whole Adding Of The Legislature To The City Of New York And The State Of New York And The State Of New York And The State Of New York And The State Of New York  The State  New York And The State  New York And The State Of New York A Tax Authorization Statute Is A Home Rule Preemption Statute The City Has Constitutional Authority To Tax Tangible Personal Property Like Other Tobacco Products Directly From The 1970 Constitution And The    York Has A Tax Authorization Statute   Of imports of purposes does not have authorities to do that. So we want to avoid this kind of legal hang-up problem that we have. In summary, I simply request that this court reverse the judgment of the circuit court in order that partial summary judgment be entered in favor of the court in  of the  court      favor of the circuit court in favor of the case. The court has now issued this judgment in favor of the  in  of the circuit court in favor of the court in favor of the court in favor of the court in favor of the court  favor of the court in favor of the T he judge. The judge did not admit three or eight. He did not admit three. He absolutely admitted eight. He did not establish the material misrepresentation. He did not establish that he adopted or approved that document. There is no question of a parent or an agency or scope of agency. No, because that was what he stipulated to. Admissibility, relevance, materiality, authenticity are all the same. If there is no objection, these documents are admitted and all objections are waived. In the pre-trial order I said no objection. What really happened was that the judge did not admit eight. All exhibits that I listed in the pre-trial order are admitted. This is what judge said. He said exhibit eight was the application. He said he failed in your burden of proof. You never proved there was an application let alone a material representation that was false. You wanted to prove there was an application. We have to prove that information is inaccurate. We have to prove that inaccuracy is material. We have to prove he used those words as dots. He simply said you failed in your burden of proof that the application attached to defendant eight was the application. Wasn't that because neither he or there was no testimony from the insurance company that they in fact did agree to this proposal. We just had a proposal that nobody was testifying. Nobody was linking it up. We don't have to link it up. You have to explain  the judge means when he said direct audit. I think what he meant was the application must be adopted or ratified by the insurance company. I read his words from the record. That's what he said. What am I missing? What link is saying and he are both saying no, I never signed that. That wasn't in the document. I'm not saying that this happened in this case but couldn't any insurance provider say when there is a document and it doesn't have to be approved by them or ratified by them or whatever word you want to use, how is that proof of anything? Because all we need to prove is that we received computerized information from the insurance agent. The underwriter testified to that. You can't simply say all we have to do is get an application from the insurance agent. Absolutely not. You have to prove your case. Your case requires that somebody sat down and applied specifically these plaintiffs and that they misrepresented a false risk so that there was no other risk that was being reported. An insurance person, a potential insurer goes to the agent and has a discussion. They sit down and they testify here. The agent click, click, click, click and sends information by computer. There is no testimony though. There is absolutely no testimony in this record that the agent misrepresented this. We received it. That's all we need to show. You're saying you don't need to show an application. We received it from the agent. Where is the testimony that says you received it from that agent? The underwriter testified that we received the information by computer, by the quote-quote program and the only way a policy is issued is if it's received by quote-quote approved and then the policy is issued. You're saying that the record shows that you actually received this from the insurance agent. That's the key difference. We received data. How do we know from this record who it came from? We know because the underwriter testified that the only way to sell a policy including this case is through insurance. How can that agent ever testify to something that he doesn't have any personal knowledge of? Mr. Moretti? What was his name? Tonelli? Who's the underwriter? Who's the other person? He's testified before in these other direct auto cases. Now, you tell me where is the testimony in this record that establishes that the agent of the insured put this into the computer and sent it on its way? Because the underwriter testified. How can the underwriter testify to something that someone else did? Because all we have to show is what we received. That's it. Because the statute was written to say on behalf of. We never deal with the insured. Let's talk about on behalf of. Who ever supplied on behalf of? The underwriter testified. How can the underwriter ever testify on behalf of when you were barred from presenting that testimony? Because the underwriter testified and we were only barred if the expertise is not valid. You were barred from presenting anybody from the insured shop, weren't you? Right. But how can your underwriter ever say or testify to something that someone else did? On behalf of. Where is the on behalf of? Well, I can tell you why. Because she testified, number one, we only contract with the agent. The agent sends us the information by computer. Who ever could possibly say the agent did it? Because that's what we received in our computer. This is the whole point. You're saying we don't have to show that the agent sent it. You're saying the on behalf of has no meaning at all. No, I'm saying we have to show that we received it by an agent. And an agent only acts in Illinois as a producer for the insured. But the agent was barred because of your apparent refusal to answer interrogatories. Isn't that a fact? I don't think we were barred. Why were you barred from bringing anyone in from the insured shop? They argued that our T13s were not specific enough at the time and Judge Valderramo agreed in part. However. Did Judge Valderramo bar you from calling anyone from the insured shop? Yes. And you're saying that under case law that you don't have to prove there was ever an application. I have to prove... Why did the person themselves or their agent took the information and put it into the computer? I do have to prove that we did prove it. Because we were proved... The A&T both said that this is  said 8 wasn't their application. They identified 8 in court but they also said 8 wasn't their application and then the judge said there is no application. You failed in your burden of proof. Because they never said application and they're not required to see that. That's not what I'm talking about. Are you missing a step here? Isn't there a step, and maybe this is what Judge Valderramo was getting to, is that isn't there somebody somewhere who has to say Dan and Keith applied for insurance and I told them that it was restricted to only them for being the drivers of this vehicle and then I sent it off to Direct Auto and Direct Auto got it. But we're missing all that. We're missing that step of they applied, I told them this, and then off it went. Well, the problem is that Boonke and Fang never testified that they told the agent. They never affirmatively said they told the agent that there was another driver in the household and his name was Boonke. So there's no evidence of that. Most of these cases come to you, in fact most of these other cases that Direct has, come to you where they say the insurance person said the agent got it wrong. I told them. That never came to evidence because that's not there. But that's my point. Isn't there a huge missing step? No, because all we have to do is say one thing. We received computerized information from the insurance agent. That information was inaccurate. That's it. I don't think you laid any foundation for any computerized document because you didn't lay a foundation. I don't have to say it's the one end. We got it. So it's good. Well, I think it is. And that's not the rules of evidence. I'm not aware of any evidentiary rule that indicates that in this case you actually established a foundation for the computerized document that you're relying on, that the two witnesses both said this is not an application. This is not what I filled out. But they didn't throw anything anywhere. We never said that. We're not talking about the method. We're talking about the omission of proof. That's what we're talking about. It's not that the judge required some unusual burden on you. He required you to prove that there was material misrepresentation of facts made by or on behalf of the insurance. Isn't that the burden of proof? Yes. That's what I'm talking about. That you have never shown by or on their behalf. Absolutely not. Because you were barred from bringing in anybody from the insurance agency. My answer to you is, and I may be swimming upstream here. I'm very nice. We don't need the proof. And here's why. It is absolutely undisputed that the insurance shop is their agent and only their agent. Not disputed in the evidence. It is absolutely undisputed that we only accept information from agents, not from insurers. It is absolutely undisputed. From the other end, the only way a computerized policy is issued from a computer is when they receive computerized information from an agent. Who is the agent of the insurer? The only way a policy is issued by corporal, which is a computer program, is issued after the computer receives sufficient information that meets our underwriting standards. For example, and she does cite this example, what if they had tried to insure a Rolls-Royce? And so they listed that in the computerized information. It would kick back. We would never issue a policy because we don't insure Rolls-Royces, much as they're not insured Rolls-Royces. If they had come back with a suspended license and the computerized information wouldn't kick it back. So we know we received this information from the agent because the underwriter testified that's the only way we issue a policy. It is a non-personal process, which by the way, not just high-risk carriers use. Most carriers use this in today's day and age. So what happens is the information is received. It is received from somebody who is undisputedly the insurer's agent and that information turned out to be inaccurate in the way that it was posted on other cases. How though did you establish that it was received from this agent? Because she testified that the policy is only issued after receipt of computer information from the agent, not underwriter standard, and that we did in fact receive it. She testified to that. I think we have a difference of opinion here on what's the actual... Well, you were the lawyer, so... Why don't you calmly state his position. We're going to give you some time to rebut and... If you smile, I won't say anything. All right. Mr. Pinnish. Jack. Give us your position here. Thank you, Your Honor, as we may have released the court. This case was tried for the bench. At the bench trial, it was the plaintiff's direct order to not only introduce some evidence in support of each element of its claim, but also to persuade the facts finder that the gateway of evidence required a verdict in its favor. His record failed to meet its burdens of proof and persuasion, and the circuit court appropriately ended judgment over that. Well, what about the statute that allows them to... There's no more I'm going to fill out this application and sign it, and I'm going to waive all my rights by my signature, or whatever. It doesn't happen anymore. The insurance companies have changed and the law has changed for them. So there's no requirement of showing a written application with a sign of the insurer. Correct? There is a requirement of a written application. It can be electronically transmitted. Okay. It's something  than I am, but, you know, that didn't used to happen. Now it's all electronic. The law does not require a signature. This actual reported application form did require a signature by its claim terms. It says this application is not valid unless it is signed by the insurer. So that's the only caveat I would have on that. The law certainly does not require that. But this policy did say the agent states that the information in this application was given by him, and then it says that it's valid only if signed by the applicant or the agent. Correct. Is there ever any testimony that this application, 3 or 8 or either 4, ever had any signature on it? No. Actually, it's important to note here that, as the court pointed out earlier, Direct Order Exhibit Number 3, which was the exhibit that Ms. Miranda testified was the application, that exhibit was filed from evidence by Judge Valbarano. Did anyone from the direct audit say that 8 was the application? No. The only testimony about 8 from Direct Order came on redirect of Ms. Miranda's testimony, and all that she said was that the information on 8 was the same as the information on Direct Order Exhibit Number 3, which is Judge Val. Direct Order has not challenged the court's trial evidence. It's doubly right. They waived it by not including that order in their notice of appeal that excluded Direct Order Exhibit 3, the critical exhibit in the case, and they also waived it by not forwarding any argument that Judge Valbarano abused his discretion in excluding that evidence in their opening brief in violation of Rule 341. So that issue is waived. There is no challenge to any of the judges evidentiary reliance here. And so what we have is this case is about failure first. Well, what they are arguing essentially here is that by the testimony from Direct Auto, they proved that they got it from the agent. Therefore, they've established that the application was in fact one that had this material misrepresentation in it. The testimony from Ms. Miranda is that we received certain data, and when we print out that data, this is what comes up. This is the output from the computer application. There's absolutely no testimony, no foundation as to what the input of the computer system was. They have no evidence as to what questions were asked and what answers were given. They're saying there is no requirement for input. It's all wrong. They have to show misrepresentation. They can't show that without showing what questions the agent or the insurer was asked and what answers were given. They failed to prove that. We're saying that there's absolutely a requirement that somebody, either the insurance themselves or the agent, and of course it wouldn't be the insurance, they denied that this was their application, but someone from the insurance shop would have to say that I asked Fang, are there any other drivers in the household with licenses, or whatever the question is, and that person would have had to say, he told me I'm the only driver. That would be one way of proving the case. No, I know, but they had to prove it. Correct, and they failed to prove that. They failed to prove that, and they also failed to persuade the judge. I mean, the judge was there and heard Ms. Miranda's testimony. The judge sitting as the fact finder in a bench trial is presumed to know the law, adds to the clear affirmative showing to the contrary. So the suggestion that Judge Petaluma imposed some additional requirements implicitly is of no merit, because they had to make a clear affirmative showing that the judge misunderstood the law. They failed to do that. Then, the question becomes, was the evidence so overwhelming, was it so overwhelming that the judge's decision is against the manifest way of the evidence? Well, they argued we should be looking at this as a no vote. Well, that isn't correct. They argued that for two reasons. They said first that the judge decided that an electronic application for insurance could never be a written application within the meaning of the statute. The judge never said that anywhere on the record. Let me ask you this, Mr. Kennedy. In order to obtain rescission, doesn't there have to be a return of the insurance premium? Correct. Was there any evidence, does the is there an affirmative duty for the insurance company to prove that they returned the premium? In this case, Fang specifically said, I never got my money back. Is that in itself a defect that should warrant affirming the fraud claim? I would need to conduct some additional research on that and submit a supplemental brief, but we believe, based on the record, it was within Judge Valderrama's discretion, sitting as a fact finder, to be undisclosed by the record. Well, we can affirm on any basis, and my question to you is, can you get rescission in the state of Illinois on an insurance policy without returning the premium? As I stand here today, I do not believe that you can, but I would want to research that before I sign off on that application. Anything else? If there are no further questions, we ask that the judge be affirmed. All right. Thank you. Mr. Scheles. By the way, the answer to your question is no to the premium. In a premium finance situation, we do not return the premium. We're not required to return the premium. The insurance code says the agent in the insurance shop deals with the premium because it's financed. The premium is loaned to the insured by the agent. So, the answer to your question is no. All right. So, I approve that. Number two, Judge, I ask you, when you look at Exhibit A, in page 852, it says the benefit of Exhibit A, which contains a copy of the insurance application, was admitted into evidence without objection. I know that, but I ask you to look carefully at Exhibit A. It isn't just the application. There are other documents attached that they introduced, which are from the insurance shop and from us, indicating that this is the application of the insurance shop file. That was admitted into evidence. How do you get to go from in your complaint, submitting three, and then jumping to eight? Because three were illegible, and we explained that. We asked the insurance shop to get an illegible copy, and they didn't. Remember, they're not here at this trial. False. False. Exhibit A contains additional information for that which was admitted. I know you disagree with me. No, I know what Jeff Valderrama said about eight, and he said you didn't prove it was eight. He said that. I understand. And the problem is, what he's asking us to prove is that the information we received was on behalf of the insurance, and what you seem to be saying and what he seems to be saying is we have to prove that from the insurance. So not the insurance on behalf of the agent. Anyway, somebody, bring me somebody. Let's have somebody say it would be after eight, and I'll put it in the computer. I disagree. Because we had a lot of deals and a lot of cases and I hope you respect I'm doing the best job I can. Yes, absolutely. Now we cannot go too long or ask you to think about it. The testimony is the only relationship the carrier has is with the agent. The only information source we have is the agent. She testified to this the other way. The whole process comes solely from the insurance agent. Nobody else. And the only information we get, whether computer or paper, is via the agent. So we issued a policy based on information from the agent, and that information was inaccurate. If there's a requirement that you key or twee thing say, this is the information I submitted, that requirement doesn't exist. I would submit to you. I would also submit this. There is a subsection 2201 of the code, which was in, which allows the insurer to say, you Mr. Agent did not secure the insurance properly, you didn't ask me the questions, or you were negligent, which is where a lot of these cases come from. One other question we didn't really talk about earlier. This policy actually requires the signature of the applicant. Do you agree? No. The evidence was that the signature required is on the agent. Right. And there is a signature of the agent. Who testified to that? The underwriter. No, the underwriter didn't say that this is the insurance, the shop's signature. Nobody did. And here's where there was an inconsistency in Judge Valderrama's ruling. In part, he said that, but he admitted all those debates, which included that the insurance shop information was the application that was signed in. And she testified to something else. The policy agreement we have with the agents is you don't have to sign anything unless we request it and you have to keep it for three years. So we requested it, and they signed it. Could we agree on one thing? Was there any testimony in the record from anyone that the insurance shop actually submitted to the to direct? Is there any testimony? The only testimony, well, there's two indirect. Alright. One is the underwriter said this is what he received if this was the agent who entered our porthole, and that's where the computer information came from. That's one piece. And secondly, the other four pages exhibit the number of the communication from the insurance shop, which was admitted. Despite the directness of it, he admitted that. And I think that's what I keep focusing on, but I ask you to look at those other four pages when you make your decision. Because they indicate we requested the information discovered from the insurance shop. They responded and added up my, well, not disappointment, but the person who tried the case, put that in there, the actual communication with the insurance shop that said here's the application. That's the evidence. It's part of his due date. His due date is not one page. It's five pages. So I want to emphasize that to you. Okay. Lastly, just to conclude, a losing cause, but I can try. Sometimes I can convince people it's the last minute, right? Sure. We have a few people to answer. We have a police jury and the tax and now... We don't determine the order. They're all equally important. I understand that. The system that we have under Section 54 is extremely unpopular with insurers and I quote some judges because it seems like the balance that the legislature drew very heavily favors us. And it doesn't. But the common law requirements of reasonable reliance, because the tax and now... really sort of lead you to by sending the text to the register. How could we... How could we rely on this now? And the answer is because we're allowed to. Because in a computerized age, nobody has to see the application. Nobody has to approve it. Nobody has to either look at it or approve it. But, you know, I don't want you to think this case is really about the accountability of Section 154. This was a bench trial. You've actually argued de novo review when there's legions of cases that say we're really looking at this under the manifest way. I view the record as the judge making a finding that there was a lack of proof. You're asking us to review it de novo and you're saying he imposed some additional burden on you. But it's really not about whether somebody likes this statute or not. I don't think people should, you know, say I'm the only driver and then they've got six people at home that are... It's not what it's about. But I think my argument would be for de novo review is if you hold that we are required to prove that somehow the insurer gave evidence that this computer transition or any of that is mine, I don't think that's the correct burden. And that's my argument for de novo review. Thank you very much. All right. Well, we appreciate the arguments today. The case is certainly well argued, well briefed. We're going to take it under advisement and we'll see you next time. All right. Court is now adjourned. Did I mention that Justice Robert Quayler is going to be part of these proceedings? Okay. Mr. Schellis. Good morning. He will be fully participating in this matter. And listen to the tapes. Thank you.